UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| JOY WILLIAMS,<br><br>          Plaintiff,<br><br>v.<br><br>LOUISVILLE RECOVERY SERVICE, LLC,<br><br>          Defendant. | Case No.   3:22CV-619-DJH<br><br>Judge:<br><br>**NOTICE OF REMOVAL** |

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, the Defendant Louisville Recovery Service, LLC ("LRS"), by and through counsel, hereby removes this action from the Hardin Circuit Court of the Commonwealth of Kentucky to the United States District Court for the Western District of Kentucky, Louisville Division. In support of this Notice of Removal, LRS states as follows:

1. On October 31, 2022, the Plaintiff, Joy Williams ("Williams"), commenced a civil action in the Hardin Circuit Court of the Commonwealth of Kentucky, entitled and captioned *Joy Williams v. Louisville Recovery Service, LLC*, Case No. 22-CI-01468 (hereinafter the "State Court Action").

2. LRS received notice of Williams's Complaint when it was served with a copy of the summons and complaint on November 4, 2022.

3. In the Complaint, Williams alleges statutory causes of action against LRS under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.* A true and correct copy of Williams's Complaint, together with copies of all process, pleadings, filings, and orders

filed and entered in the State Court Action is attached hereto as **Exhibit A**. Therefore, this Court has jurisdiction over the State Court Action pursuant to 28 U.S.C. § 1331 because Williams's Complaint alleges a cause of action arising under the laws of the United States. Because Williams affirmatively alleges violations of the FDCPA, the Complaint asserts a federal question or questions under 28 U.S.C. § 1331 and is removable pursuant to 28 U.S.C. § 1441.

4. The time within which LRS is required by the laws of the United States, 28 U.S.C. § 1446(b), to file this notice of removal has not yet expired. This Notice of Removal is timely, having been filed within thirty (30) days of the date on which LRS received a copy of the Summons and Complaint on November 4, 2022.

5. The Hardin Circuit Court for the Commonwealth of Kentucky is located within the United States District Court for the Western District of Kentucky, Louisville Division. *See* Local Rule 3.1(b)(1). Therefore, venue for purposes of removal is proper because the United States District Court for the Western District of Kentucky embraces the place in which the removed action was pending. 28 U.S.C. § 1441(a).

6. Written notice of this Notice of Removal of the State Court Action is being contemporaneously provided to the Hardin District Court for the Commonwealth of Kentucky.

WHEREFORE, LRS gives notice that this action is removed from the Hardin Circuit Court of the Commonwealth of Kentucky to the United States District Court for the Western District of Kentucky.

Respectfully submitted,

/s/ Will E. Messer
Will E. Messer
Miller Edwards Rambicure PLLC
300 East Main Street, Suite 360
Lexington, Kentucky 40507
Telephone: (859) 281-0077
Facsimile: (859) 957-1889
wmesser@merlegal.com

*Counsel for LRS*

## CERTIFICATE OF SERVICE

    I hereby certify that on November 22, 2022, a copy of the foregoing was served electronically on all parties of record in accordance with the method established under this Court's CM/ECF Administrative Procedures and Standing Order.

/s/ Will E. Messer
COUNSEL FOR LRS