UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JOY WILLIAMS,                                                                                    Plaintiff,

v.                                                                        Civil Action No. 3:22-cv-619-DJH-CHL

LOUISVILLE RECOVERY SERVICE, LLC,                                                  Defendant.

\* \* \* \* \*

## JUDGMENT

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the Memorandum and Order entered this date, it is hereby

**ORDERED** and **ADJUDGED** as follows:

(1) Judgment is entered in favor of Defendant Louisville Recovery Service, LLC with respect to all claims asserted in this matter by Plaintiff Joy Williams.

(2) This action is **DISMISSED** with prejudice and **STRICKEN** from the Court's docket.

(3) This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

March 13, 2024

David J. Hale, Judge
United States District Court

1